NICOLA MANISCALCO, an Infant, by JOHN MANISCALCO, His Guardian ad Litem, et al., Appellants, *v.* UNION DIME SAVINGS BANK, Respondent.

Argued April 17, 1941; decided May 22, 1941.

*John C. McCarthy* for appellants.
*Raymond D. O'Connell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH and DES-MOND, JJ. Dissenting: RIPPEY, LEWIS and CONWAY, JJ.